LORRAINE L. LODER (Bar No. 077221)
KATHERINE LIEN (Bar No. 227929)
LAW OFFICE OF LORRAINE L. LODER
601 W. Fifth Street, Eighth Floor
Los Angeles, CA 90071
Telephone:    (213) 623-8774
Facsimile:    (213) 623-1409
Email:        lloder@sbcglobal.net
              katie.lien@sbcglobal.net

Attorneys for Defendant
Tribalant Pty Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EQUITABLE TRANSITIONS, INC., a
California corporation, as Assignee for
the Benefit of Creditors of Brash
Entertainment Holdings, LLC, fka, Brash
Entertainment, LLC, a California limited
liability company,

      Plaintiff,

vs.

TRIBAL ANT, an unknown business
entity; and DOES 1 - 10, inclusive,

      Defendants.

Case No.:

**CV10 2567** GAF (Ex)

**NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. SECTION 1441(b)
(DIVERSITY)**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that Defendant Tribalant Pty Ltd. ("Tribalant"),

erroneously sued as Tribal Ant, hereby removes to this Court the state court action

described below:

1. On November 13, 2009, Plaintiff and Assignee Equitable Transitions, Inc.

commenced an action in the Superior Court of the State of California, County of Los

Angeles, entitled *Equitable Transitions, Inc. v. Tribal Ant*, Case No. BC426031. A copy of

the Summons and Complaint is attached hereto as Exhibit A.

//

-1-

2. Tribalant received a copy of the Summons and Complaint on March 2, 2010.

3. The action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332 and is one which may be removed to this Court by Tribalant pursuant to the provisions of 28 U.S.C. section 1441, subsection (b) in that it is a civil action between citizens of different countries and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. The caption of the Complaint indicates that the amount of Plaintiff's demand exceeds $25,000.00. In Paragraphs 8 and 16 of the Complaint, Plaintiff alleges that its assignor transferred monies to Tribalant during the period from August 16 to November 14, 2008. During that period of time, payments in the amount of $561,500 were made to Tribalant.

4. Complete diversity of citizenship exists in this matter in that Plaintiff is a California corporation with its principal place of business in Long Beach, California, while Tribalant is an Australian corporation with no offices in the State of California. Tribalant is the only defendant named in this action (other than "Doe" defendants).

5. Tribalant also attaches the following documents which consists of all documents filed in the matter of *Equitable Transitions, Inc. v. Tribal Ant*, Case No. BC426031:

| | |
|---|---|
| Exhibit B | Notice of Case Management Conference |
| Exhibit C | Plaintiff's Case Management Statement |
| Exhibit D | Notice of Trial Setting and Case Management Conference. |

Dated: April 7, 2010

LAW OFFICE OF LORRAINE L. LODER

By: _____
Katherine Lien
Attorneys for Defendant, Tribalant Pty Ltd.

-2-

Exhibit A

:B/02/2010   03:22    00115  93478947

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

NOV 1 3 2009

John A. Clarke, Executive Officer/Clerk
By _____ , Deputy
DAWN ALEXANDER

**NOTICE TO DEFENDANT:** TRIBAL ANT, an unknown business
*(AVISO AL DEMANDADO):* entity; and DOES 1-10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** EQUITABLE TRANSITIONS, INC., a
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* California corporation, as
Assignee for the Benefit of Creditors of Brash Entertainment Holdings,
LLC, fka, Brash Entertainment, LLC, a California limited liability
company

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación do $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court<br>111 N. Hill Street<br><br>Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):*<br>**BC 4 2 6 0 3 1** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael B. Lubic (SBN 122591)
Dennis M.P. Ehling (SBN 168892)
Michael J. Heyman (SBN 218147)
Los Angeles, CA 90067

(310) 552-5001

JOHN A. CLARKE, CLERK      DAWN ALEXANDER

DATE: November 13, 2009 _____ Clerk, _____ , Deputy
*(Fecha)*                       *(Secretario)*                       *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

[SEAL]
NOV 1 3 2009

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Michael B. Lubic (SBN 122591)
michael.lublic@klgates.com
Dennis M. P. Ehling (SBN 168892)
dennis.ehling@klgates.com
Michael J. Heyman (SBN 218147)
michael.heyman@klgates.com

Attorneys for Equitable Transitions, Inc., as
Assignee for the Benefit of Creditors of Brash
Entertainment Holdings, LLC, fka, Brash
Entertainment, LLC

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

NOV 13 2009

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
DAWN ALEXANDER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES    BC 42 6031

| | |
|---|---|
| EQUITABLE TRANSITIONS, INC., a California corporation, as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TRIBAL ANT, an unknown business entity; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT TO AVOID AND TO RECOVER (1) PREFERENTIAL TRANSFERS OF PROPERTY PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 1800 AND (2) CONSTRUCTIVE FRAUDULENT TRANSFERS PURSUANT TO CALIFORNIA CIVIL CODE § 3439**<br><br>[Amount Demanded Exceeds $25,000.00] |

RECYCLED PAPER

COMPLAINT

LA-357515 v1

 

Plaintiff Equitable Transitions, Inc., as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC, alleges as follows:

## PARTIES

1.    Equitable Transitions, Inc. ("ETI") is a California corporation qualified to do business in the state of California, with it primary place of business in Long Beach, California.

2.    Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC ("Brash") was, at all relevant periods, a Delaware limited liability company qualified to do business in the state of California, with its primary place of business in Los Angeles, California.

3.    On November 14, 2008, Brash, as assignor, executed a general assignment for the benefit of creditors in favor of ETI, as assignee, pursuant to California Code of Civil Procedure Section 493.010, *et seq.* (the "Assignment"). Pursuant to the Assignment, Brash conveyed to Plaintiff all of Brash's property and every right, claim, and interest of Brash. ETI is the Plaintiff in this action.

4.    On information and belief, Tribal Ant ("Defendant") is an unknown business entity doing business in the County of Los Angeles.

5.    The true names and capacities, whether individual, corporate, associate or otherwise of defendants Does 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes that each of the defendants designated herein as a fictitiously named defendant is in some manner responsible for the events and happenings referred to and caused the damaged herein alleged. When Plaintiff has ascertained the true names and capacities of Does 1 through 10, inclusive, it will seek leave of this Court to amend its complaint by setting forth the same. Does 1 through 10 are hereinafter collectively referred to as "Doe Defendants."

6.    Plaintiff is informed and believes that Defendant, and each of the Doe Defendants, was the agent, principal, partner, parent, subsidiary, joint venturer or employee of each of the remaining defendants and in doing the things herein alleged, each was acting within the course and scope of such relationships with advance knowledge, acquiescence or subsequent ratification of each

1

COMPLAINT

RECYCLED PAPER

LA-357515 v1

and every remaining defendant, and each of the Doe Defendants is therefore jointly and severally liable for the acts alleged herein.

## FIRST CAUSE OF ACTION

### (Recovery of Preferential Transfers Pursuant to California Code of Civil Procedure § 1800 Against All Defendants)

7. Plaintiff realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 6 above.

8. On or within 90 days before the date of the Assignment, that is between August 16, 2008 and November 14, 2008, Brash made one or more transfers by check, wire transfer, or the equivalent in an undetermined amount to be determined at trial (collectively, the "Preferential Transfers") directly to, or for the benefit of Defendant.

9. Defendant was a creditor of Brash at the time of the Preferential Transfers.

10. The Preferential Transfers were to, or for the benefit of, Defendant, and for or on account of antecedent debt owing by Brash to Defendant.

11. The Preferential Transfers from Brash to Defendant were effected while Brash was insolvent, as that term is defined by California Code of Civil Procedure § 1800(a)(1).

12. The Preferential Transfers from Brash to Defendant were effected within ninety (90) days of the Assignment.

13. The Preferential Transfers from Brash's account to Defendant enabled Defendant to receive more than another creditor of the same class.

14. ETI is, therefore, entitled to recover the Preferential Transfers pursuant to California Code of Civil Procedure § 1800(b).

## SECOND CAUSE OF ACTION

### (Recovery of Constructive Fraudulent Transfers Pursuant to California Civil Code § 3439 et seq. Against All Defendants)

15. Plaintiff realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 14 above.

RECYCLED PAPER

2
COMPLAINT

LA-357515 v1

16. In the four years preceding the Assignment, Brash transferred to Defendant an undetermined amount to be determined at trial (collectively, the "Fraudulent Transfers").

17. Each of the Fraudulent Transfers is a transfer as that term is defined in California Civil Code §§ 3439.01(i) and 3439.04.

18. Brash received less than reasonably equivalent value in exchange for the Fraudulent Transfers.

19. Each of the Fraudulent Transfers was made on a date when Brash: (1) was engaged or was about to engage in a business or transaction for which the remaining assets of Brash were unreasonably small in relation to the business or transaction, (2) intended to incur or believed or reasonably should have believed that he or she would incur, debts beyond his or her ability to pay as they became due, or (3) was insolvent at the time or became insolvent as a result of the transactions.

20. ETI is, therefore, entitled to recover the Fraudulent Transfers pursuant to California Code of Civil Procedure § 3439 *et seq.*

## RELIEF REQUESTED

1. Avoiding and setting aside the Preferential Transfers and Fraudulent Transfers from Brash to Defendant.

2. Awarding to ETI the amounts represented by such Preferential Transfers and Fraudulent Transfers, together with prejudgement interest thereon at the legal rate allowed from the date of such Preferential Transfers and Fraudulent Transfers.

3. Awarding the costs incurred by ETI in this suit; and

4. Awarding such other and further relief as this Court may deem necessary and proper.

K&L GATES LLP

By: _____
Michael B. Lubic
Dennis M. P. Ehling
Michael J. Heyman

Attorneys for Equitable Transitions, Inc., as Assignee for the Benefit of Creditors of Brash Holdings, LLC, fka, Brash Entertainment, LLC

Dated: November 13, 2009

RECYCLED PAPER

3

COMPLAINT

LA-357515 v1

# Exhibit B

NOTICE SENT TO:

Lubic, Michael B.
K&L Gates LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles        CA    90067

**ORIGINAL FILED**

FILED STAMP

NOV 2 5 2009

**LOS ANGELES**
**SUPERIOR COURT**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | CASE NUMBER |
|---|---|---|
| EQUITABLE TRANSITIONS INC | Plaintiff(s), | BC426031 |
| VS. | | |
| TRIBAL ANT | Defendant(s). | **NOTICE OF CASE MANAGEMENT CONFERENCE** |

**TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:**

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled for March 23, 2010 at 8:30 am in Dept. 50 at 111 N. Hill Street, Los Angeles, California 90012.

Pursuant to California Rules of Court, 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order dismissing fictitious/unnamed defendants; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (GC 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions pursuant to LASC Local Rule 7.13, CCP Sections 177.5, 575.2, 583.150, 583.360 and 583.410, GC Section 68608 (b), and California Rules of Court 2.2 et seq.

Date: November 25, 2009

JOHN SHEPARD WILEY JR.
Judicial Officer

JOHN SHEPARD WILEY JR.

### CERTIFICATE OF SERVICE

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named above:

[✓] by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown above with postage thereon fully prepaid.

[ ] by personally giving the party notice upon filing the complaint.

Date: November 25, 2009

John A. Clarke, Executive Officer/Clerk

by _____ Deputy Clerk


RECEIVED
DEC 0 2 2009
By_____

LACIV 132 (Rev. 01/07)
LASC Approved 10-03

Cal. Rules of Court, Rule 3.220-3.730
LASC Local Rules, Chapter Seven

# Exhibit C

Y03/2010  02:04    00116  3470947    REDTRIBE    PAGE  01/05

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael B. Lubic (SBN 122591) Dennis M.P. Ehling (SBN 168892) Michael J. Heyman (SBN 218147) Christina N. Goodrich (SBN 261722) K&L GATES, LLP 10100 Santa Monica Boulevard, 7th Floor Los Angeles, CA 90067 TELEPHONE NO.: (310) 552-5000    FAX NO. (Optional): (310) 552-5001 E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): Equitable Transitions, Inc. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

PLAINTIFF/PETITIONER:Equitable Transitions, Inc., et al.

DEFENDANT/RESPONDENT:Tribal Ant

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| **(Check one):** [X] **UNLIMITED CASE** (Amount demanded exceeds $25,000)    [ ] **LIMITED CASE** (Amount demanded is $25,000 or less) | BC 426031 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: March 23, 2010     Time: 8:30 a.m.     Dept.: 50     Div.:     Room:

Address of court (if different from the address above):

[ ] Notice of Intent to Appear by Telephone, by (name):

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** (answer one):
   a. [X] This statement is submitted by party (name):Plaintiff Equitable Transitions, Inc.
   b. [ ] This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date): November 13, 2009
   b. [ ] The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. [X] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served (specify names and explain why not):

      (2) [ ] have been served but have not appeared and have not been dismissed (specify names):

      (3) [ ] have had a default entered against them (specify names):

   c. [ ] The following additional parties may be added (specify names, nature of involvement in case, and the date by which they may be served):

4. **Description of case**
   a. Type of case in [X] complaint   [ ] cross-complaint     (Describe, including causes of action):
      (1) Recovery of Preferential Transfer per CCP Section 1800, and
      (2) Recovery of Constructive Fraudulent Transfers per CCP Section 3439.

Page 1 of 4

CM-110

| PLAINTIFF/PETITIONER: Equitable Transitions, Inc., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Tribal Ant | BC 426031 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiff, as assignee for the benefit of creditors of Brash Entertainment Holdings, LLC fka Brash Entertainment, LLC, seeks the recovery of preferential and constructive fraudulent transfers in an amount believed to exceed $25,000.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☒ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
a. ☐ The trial has been set for *(date):*
b. ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(If not, explain):*
c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
Plaintiff's attorney is unavailable on September 7, 2010, September 8, 2010, December 7-9, 2010 due to trial in another matter.

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a. ☒ days *(specify number):* One
b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:
a. Attorney:
b. Firm:
c. Address:
d. Telephone number:
e. Fax number:
f. E-mail address:
g. Party represented:
☐ Additional representation is described in Attachment 8.

9. **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a. Counsel ☒ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c. ☐ The case has gone to an ADR process *(indicate status):*

15/03/2010 02:04 00116. 3470947 RESTRICBE 03/05

**CM-110**

| PLAINTIFF/PETITIONER: Equitable Transitions, Inc., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Tribal Ant | BC 426031 |

10. d.   The party or parties are willing to participate in (check all that apply):

(1) ☐ Mediation

(2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

(3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

(4) ☐ Binding judicial arbitration

(5) ☐ Binding private arbitration

(6) ☐ Neutral case evaluation

(7) ☐ Other (specify):

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court (specify exemption):

**11. Settlement conference**

☒ The party or parties are willing to participate in an early settlement conference (specify when):
After the conclusion of discovery.

**12. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement (name):

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case (explain):

**13. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

☐ Bankruptcy ☐ Other (specify):

Status:

**14. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

(1) Name of case:

(2) Name of court:

(3) Case number:

(4) Status:

☐ Additional cases are described in Attachment 14a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by (name party):

**15. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons):

**16. Other motions**

☐ The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues):

CM-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: Equitable Transitions, Inc., et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Tribal Ant | BC 426031 |

17. **Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified (describe all anticipated discovery):

| Party | Description | Date |
|---|---|---|
| Plaintiff | Interrogatories, Requests for Production of Documents, Requests for Admission, Depositions | November 2010 |

c. ☐ The following discovery issues are anticipated (specify):

18. **Economic Litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed (if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):

19. **Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference (specify):

20. **Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court (if not, explain): No defendant has appeared in this action.

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following (specify):

21. Total number of pages attached (if any): 0

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: March 5, 2010

Christina Goodrich
_____
(TYPE OR PRINT NAME)        ► _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)        ► _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CM-110 [Rev. January 1, 2009]      **CASE MANAGEMENT STATEMENT**      Page 4 of 4

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L GATES LLP**, 10100 Santa Monica Boulevard, Seventh Floor, Los Angeles, California 90067.

On **March 5, 2010**, I served the foregoing document(s):

## CASE MANAGEMENT STATEMENT

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed and sent as follows:

Tribal Ant
Attention: Legal Department
Level 2 & 3, 137 Berkeley Street
Carlton, VIC 3053
Australia

Tribal Ant
c/o Redtribe
Attention Legal Department
Level 10, 50 Market Street
Melbourne, VIC 3000
Australia

☒ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 5, 2010**, at Los Angeles, California.

_____
Karin Reinhart

RECYCLED PAPER

1
PROOF OF SERVICE

# Exhibit D

**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone:  310.552.5000
Facsimile:  310.552.5001

Michael B. Lubic (SBN 122591)
michael.lubic@klgates.com
Dennis M. P. Ehling (SBN 168892)
dennis.ehling@klgates.com
Michael J. Heyman (SBN 218147)
michael.heyman@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Equitable Transitions, Inc., as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| EQUITABLE TRANSITIONS, INC., a California corporation, as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TRIBAL ANT, an unknown business entity; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  BC426031<br><br>**NOTICE OF TRIAL SETTING AND CASE MANAGEMENT CONFERENCE**<br><br><br>Hearing Date:  May 6, 2010<br>Time:        8:30 a.m.<br>Department:   50<br><br>Complaint Filed: November 13, 2009 |

LA-384326 v1

NOTICE OF TRIAL SETTING AND CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 23, 2010, the Court in the above-entitled matter held a Case Management Conference. Christina Goodrich, Esq. of K&L Gates LLP appeared for Plaintiff Equitable Transitions, Inc. ("Plaintiff"). No other appearances were made by or on behalf of any other party.

PLEASE TAKE FURTHER NOTICE THAT the Court set a Trial Setting and Case Management Conference for May 6, 2010 at 8:30 a.m. in Department 50 of the above-entitled court, located at 111 N. Hill Street, Los Angeles, California 90012. The Court further ordered the parties to file a status report by April 23, 2010.

K&L GATES LLP

Dated:  April 5, 2010

By: _____
Michael B. Lubic
Dennis M. P. Ehling
Michael J. Heyman
Christina N. Goodrich

Attorneys for Equitable Transitions, Inc., as Assignee for the Benefit of Creditors of Brash Holdings, LLC, fka, Brash Entertainment, LLC

2

NOTICE OF TRIAL SETTING AND CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE

Case No. BC426031

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L GATES LLP**, 10100 Santa Monica Boulevard, Seventh Floor, Los Angeles, California 90067.

On **April 6, 2010**, I served the foregoing document(s):

**NOTICE OF TRIAL SETTING AND CASE MANAGEMENT CONFERENCE**

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed and sent as follows:

Lorraine L. Loder, Esq.
Law Office of Lorraine L. Loder
601 West Fifth Street, Eighth Floor
Los Angeles, CA 90071

☒ **BY MAIL:** I placed for collection and processing such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 6, 2010**, at Los Angeles, California.

_____
Karin Reinhart

LA-386959 v1