**E-FILED 11/4/2010**

**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

**JS-6**

Michael B. Lubic (SBN 122591)
michael.lubic@klgates.com
Michael J. Heyman (SBN 218147)
michael.heyman@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Equitable Transitions, Inc.,
as Assignee for the Benefit of Creditors
of Brash Entertainment Holdings, LLC,
fka, Brash Entertainment, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUITABLE TRANSITIONS, INC., a California Corporation, as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TRIBAL ANT,<br><br>Defendants. | Case No. 2:10-cv-02567-GAF(Ex)<br><br>[Assigned to the Hon Gary A. Feess]<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

STIPULATION OF DISMISSAL

Plaintiff Equitable Transitions, Inc. as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC and Defendant Tribalant Pty Ltd (sued herein as "Tribal Ant") hereby stipulate that the entire action shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), and further stipulate that each party shall be responsible for their own costs and attorneys' fees.

It is so Stipulated.

K&L GATES LLP

Dated: October 29, 2010          By: _____
                                     Michael Benjamin Lubic
                                     Michael J. Heyman
                                     Christina N. Goodrich
                                     Attorneys for Plaintiff Equitable Transitions,
                                     Inc., as Assignee for the Benefit of Creditors
                                     of Brash Entertainment Holdings, LLC, fka,
                                     Brash Entertainment, LLC

LAW OFFICES OF LORRAINE L. LODER

Dated: October 29, 2010          By: _____
                                     Lorraine L. Loder
                                     Attorneys for Defendant Tribalant Pty Ltd

LA-434652 v1

IT IS SO ORDERED
DATED: 11/3/2010

_____
UNITED STATES DISTRICT JUDGE
GARY A. FEESS

1
STIPULATION OF DISMISSAL